IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE: STEPHEN S. MEREDITH,

                              Debtor.

NADINE BLACKFORD, et al.,

                             Appellants.        Civil Action Number 3:05CV332-JRS

v.

STEPHEN S. MEREDITH,

                             Appellee.

**<u>FINAL ORDER</u>**

THIS MATTER comes before the Court on appeal from the decision of the United States Bankruptcy Court for the Eastern District of Virginia granting Appellee/Debtor Stephen S. Meredith an additional thirty days to appeal a pre-petition, state court judgment pursuant to 11 U.S.C. § 108(c).

Upon due consideration and for the reasons set forth in the accompanying Memorandum Opinion, the Appellants' appeal is hereby DISMISSED and the decision of the Bankruptcy Court, <u>In re: Stephen S. Meredith</u>, Case No. 03-34018-DOT (Bankr. E.D. Va., Mar. 9, 2005), is AFFIRMED.

Let the Clerk send a copy of this Order and the Memorandum Opinion to all counsel of record and to the Clerk of the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division.

It is SO ORDERED.

ENTERED this 19th day of AUGUST, 2005

/s/ James R. Spencer

JAMES R. SPENCER
UNITED STATES DISTRICT JUDGE